

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00568-CV

John Brad **OSBURN,**
Appellant

v.

Scott **BAKER,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-144
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file reply brief is denied as moot.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court